Charles D. Chalmers, Esq. (State Bar No. 50263)
ALLEGIANCE LITIGATION
851 Irwin Street, Suite 200
Fairfax, California 94901
Tel: (415) 860-8134
Fax: (801) 382-2469
cchalmers@allegiancelit.com
Attorney for Plaintiff Claudine Chalmers

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CLAUDINE CHALMERS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SOLUTIONS PROCESSING, LLC; CRAIG M. LAVERTY, ESQ.; RYAN LAW FIRM; INDY MAC BANK, F.S.B.; KEYER NAGRIK; KATHERINE McCOLL; TONY FIGUEROA; PARK PLACE PROPERTY; NEW PHASE GROUP, LLC; MTC FINANCIAL INC. dba TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FEDERAL LOAN MORTGAGE CORPORATION; HOMESTEPS; and DOES 1 – 10, inclusive<br><br>　　　　　Defendants. | Case No. 2:10-cv-00338-GEB-DAD<br><br>**STIPULATION TO ORDER ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER** |

WHEREAS:

1.　A motion to dismiss filed by defendants FEDERAL HOME LOAN MORTGAGE CORPORATION, HOMESTEPS, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") is presently set for hearing on June 21, 2010, and

Stipulation and Order on Motion to Dismiss    1

  2. Plaintiff concedes the motion is meritorious as to the First Cause of Action; resists dismissal of MERS from the Second Cause of Action with prejudice, and opposes the motion as directed to the Third Cause of Action in part because plaintiff states an ability to replead that cause of action; and

  3. Plaintiff seeks leave to file an amended complaint addressing all presently pleaded causes of action; and

  4. The moving defendants and plaintiff wish to provide for the efficient and expeditious advancement of this matter.

  NOW THEREFORE IT IS STIPULATED by the moving parties and plaintiff, by their counsel, subject to this Court's approval, that the motion of dismissal is granted, without prejudice. Plaintiff is granted 30 days from the date of this order to file an amended complaint.

Dated: June 15, 2010

             _____*S/*_____
             Charles D. Chalmers
             Attorney for Plaintiff

Dated: June 15, 2010

             _____*S/*_____
             Anthony C. Haynes
             MALCOLM CISNEROS
             Attorney for Defendants

  IT IS SO ORDERED

Dated: 6/16/10

```
GARLAND E. BURRELL, JR.
United States District Judge
```

Stipulation and Order on Motion to Dismiss  2