IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CLAUDINE CHALMERS,              )
                                )   2:10-cv-00338-GEB-DAD
          Plaintiff,            )
                                )
     v.                         )   ORDER CONTINUING STATUS
                                )   (PRETRIAL SCHEDULING)
SOLUTIONS PROCESSING, LLC, CRAIG)   CONFERENCE; FED. R. CIV. P.
M. LAVERTY, FEDERAL HOME LOAN   )   4(M) NOTICE
MORTGAGE CORPORATION,           )
HOMESTEPS and MALCOLM CISNEROS, )
A LAW CORPORATION,              )
                                )
          Defendants.           )
_____)
```

The parties' Joint Status Report filed July 26, 2010, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for August 9, 2010, is continued to October 4, 2010, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

Further, Plaintiff is **notified under Rule 4(m)** of the Federal Rules of Civil Procedure ("Rule 4(m)") that **Defendants Solutions - *Processing, LLC, and Craig M. Laverty could be dismissed as defendants in this action under Rule 4(m) unless Plaintiff "shows good cause for the failure" to serve these defendants within Rule 4(m)'s 120 day**

1

1  **prescribed period, in a filing due no later than 4:00 p.m. on August 16,**
2  **2010.**
3             IT IS SO ORDERED.
4  Dated:  July 28, 2010

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge