IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDINE CHALMERS,<br><br>        Plaintiff,<br><br>    v.<br><br>SOLUTIONS PROCESSING, LLC, CRAIG M. LAVERTY, FEDERAL HOME LOAN MORTGAGE CORPORATION, HOMESTEPS and MALCOLM CISNEROS, A LAW CORPORATION,<br><br>        Defendants.<br>_____<br>MALCOM CISNERSON, A LAW CORPORATION,<br><br>        Third Party Plaintiff,<br><br>    v.<br><br>PARK PLACE PROPERTIES, a business organization, form unknown; KATHERINE McCOLL, an individual; DOES 1 through 10, inclusive,<br><br>        Third Party Defendants.<br>_____ | 2:10-cv-00338-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE |

        The parties' Joint Status Report filed September 20, 2010, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for October 4, 2010, is continued to February 14, 2011, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

1

1  Further, Third Party Plaintiff Malcom Cisneros, a Law Corporation, is notified under Rule 4(m) of the Federal Rules of Civil Procedure that any third party defendant not served within Rule 4(m)'s 120 day period could be dismissed as a third party defendant unless Third Party Plaintiff "shows good cause for the failure" to serve the unserved third party defendant in a filing due no later than 4:00 p.m. on January 6, 2011.

IT IS SO ORDERED.

Dated:  September 28, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge