1   Mark C. Carlson, Esq., [SBN 166195]
2   Niria M. Arvizu, Esq. [SBN 236994]
    **CARLSON LAW GROUP, INC.**
3   21031 Ventura Blvd., Suite 1100
    Woodland Hills, CA 91364
4   Telephone No.:  (818) 996-7800
    Facsimile No.:  (818) 884-4285
5
6   Attorneys for Defendant, Katherine McColl dba Park Place Properties/SRG
7
8                    **UNITED STATES DISTRICT COURT**
9        **EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION**
10
11  CLAUDINE CHALMERS,                    ) Case No: 2:10-cv-00338-GEB-DAD
                                          )
12                   Plaintiff,           ) **STIPULATION TO STRIKE PRAYER**
                                          ) **FOR ATTORNEY'S FEES IN ITS**
13  vs.                                   ) **ENTIRETY ON THIRD PARTY**
                                          ) **COMPLAINT OF MALCOLM**
14  SOLUTIONS PROCESSING, LLC, CRAIG M.   ) **CISNEROS, A LAW CORPORATION**
    LAVERT, FEDERAL HOME LOAN MORTGAGE    ) **AND [PROPOSED] ORDER THEREON**
15  CORPORATION, HOMESTEPS and MALCOLM    )
    ◊CISNEROS, a law corporation,         )
16                                        )
                                          )
17                   Defendants.          )
    _____    )
18  MALCOM ◊ CISNEROS, a law corporation, )
                                          )
19                   Third-Party Plaintiffs,  )
                                          )
20  vs.                                   )
                                          )
21                                        )
    PARK PLACE PROPERTIES, a business     )
22  organization, form unknown; KATHERINE )
    McCOLL, an individual and DOES 1 through 10,  )
23  inclusive,                            )
                                          )
24                   Third-Party Defendants.  )
25                                        )
26
27        WHEREAS, the hearing on Third Party Defendant, Katherine McColl dba Park Place
28  Properties/SRG's ("Third Party Defendant") Motion to Strike Portions of the Third Party Complaint
    _____
    STIPULATION TO STRIKE PRAYER FOR ATTORNEY'S FEES IN ITS ENTIRETY ON THIRD PARTY
    COMPLAINT OF MALCOLM CISNEROS, A LAW CORPORATION AND [PROPOSED] ORDER THEREON
    1

of Malcolm Cisneros, a law corporation ("Third Party Plaintiff") in this matter is currently set for December 6, 2010;

WHEREAS, counsel for Third Party Plaintiff and counsel for Third Party Defendant are in agreement as to the merits of the motion.

THE PARTIES HEREBY STIPULATE that, with the Court's permission, the prayer for attorney's fees in Third Party Plaintiff's Third Party Complaint, page 5, line 5, which states a prayer: "For reasonable attorney's fees;", is stricken in its entirety.


IT IS SO STIPULATED:

**CARLSON LAW GROUP, INC.**


Dated: _____     By: _____
                               Mark C. Carlson, Esq.
                               Niria M. Arvizu, Esq.
                               Attorneys for Defendant,
                               Katherine McColl dba Park Place Properties/SPG


**MALCOLM CISNEROS, A LAW CORPORATION**


Dated: _____     By: _____
                               Anthony Haynes, Esq.
                               Attorneys for Third Party Plaintiff,
                               Malcolm Cisneros, A Law Corporation

1
2

## <u>ORDER</u>

3       WHEREAS, the parties have reached an agreement as to the merits of the motion to strike

4   portions of the complaint;

5       IT IS HEREBY ORDERED that page 5, line 5, which states a prayer: "For reasonable

6   attorney's fees;" is stricken in its entirety. The hearing on the motion to strike, previously scheduled

7   for December 6, 2010, is vacated.

8

**Date:  <u>11/12/2010</u>**

9

10   _____
     GARLAND E. BURRELL, JR.
11   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---